FILED: February 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1130
(2:21-cv-00316)

_____

B.P.J., by her next friend and mother; HEATHER JACKSON

       Plaintiffs - Appellees

v.

WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION

       Defendant - Appellant

and

WEST VIRGINIA STATE BOARD OF EDUCATION; HARRISON COUNTY BOARD OF EDUCATION; W. CLAYTON BURCH, in his official capacity as State Superintendent; DORA STUTLER, in her official capacity as Harrison County Superintendent

       Defendants

THE STATE OF WEST VIRGINIA; LAINEY ARMISTEAD

       Intervenors

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:21-cv-00316 |

| | |
|---|---|
| Date notice of appeal filed in originating court: | 02/01/2023 |
| Appellant | West Virginia Secondary School Activities Commission |
| Appellate Case Number | 23-1130 |
| Case Manager | Anisha Walker<br>804-916-2704 |