# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 8, 2023

_____

RESPONSE REQUESTED

_____

No.    23-1078 (L),    <u>B.P.J. v. West Virginia State Board of Education</u>
2:21-cv-00316

TO:    Harrison County Board of Education
Dora Stutler
The State of West Virginia
W. Clayton Burch
West Virginia State Board of Education
West Virginia Secondary School Activities Commission
Lainey  Armistead

RESPONSE DUE: 02/15/2023

Response is required to the motion to stay pending appeal on or before 02/15/2023.

Anisha Walker, Deputy Clerk
804-916-2704