## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 15, 2023

_____

REPLY REQUESTED

_____

No.   23-1078 (L),      B.P.J. v. West Virginia State Board of Education
                        2:21-cv-00316

**REPLY DUE: February 17, 2023**

TO: Heather Jackson, B.P.J.

Any reply in connection with the pending motion to stay is due on or before February 17, 2023.

Anisha Walker, Deputy Clerk
804-916-2704