# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 3, 2023

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No.    23-1078 (L),    B.P.J. v. West Virginia State Board of Education
                       2:21-cv-00316

TO:    Trevor Project

REQUESTED FORM(S) DUE:  April 6, 2023

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

_____

  [x] Appearance of counsel [eFiler status required]

Donna Lett, Deputy Clerk
804-916-2704