FILED: April 4, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1078 (L)
(2:21-cv-00316)

_____

B.P.J., by her next friend and mother; HEATHER JACKSON

      Plaintiffs - Appellants

v.

WEST VIRGINIA STATE BOARD OF EDUCATION; HARRISON COUNTY BOARD OF EDUCATION; WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION; W. CLAYTON BURCH, in his official capacity as State Superintendent; DORA STUTLER, in her official capacity as Harrison County Superintendent

      Defendants - Appellees

and

THE STATE OF WEST VIRGINIA; LAINEY ARMISTEAD

      Intervenors - Appellees

THE TREVOR PROJECT

      Amicus Supporting Appellants

_____

O R D E R

_____

Upon consideration of the motion to exceed the length limitations for the

amicus brief of Current and Former Professional, Olympic and International Athletes in Women's Sports, The National Women's Soccer League Players Association, The Women's Sports Foundation, and Athlete Ally, the court grants leave to file an amicus brief not in excess of 7,174 words.

                          For the Court--By Direction

                          /s/ Patricia S. Connor, Clerk