# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 15, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No.   23-1078 (L),   <u>B.P.J. v. West Virginia State Board of Education</u>
                     2:21-cv-00316

TO:   West Virginia Secondary School Activities Commission

FILING CORRECTION DUE:  June 15, 2023

Please make the correction identified below and file a corrected document by the date indicated.

---

[ x ] Incorrect event used. Please refile document using **<u>BRIEF</u>** entry and select **<u>REPLY</u>** from type of brief drop-down menu.

Anisha Walker, Deputy Clerk
804-916-2704