## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 20, 2023

_____

REPLY REQUESTED

_____

No.   23-1078 (L),      <u>B.P.J. v. West Virginia State Board of Education</u>
                        2:21-cv-00316

**REPLY DUE: July 24, 2023**

TO: The State of West Virginia, Lainey Armistead

A reply is required in connection with the pending motion to suspend the injunction pending appeal on or before July 24, 2023.

Anisha Walker, Deputy Clerk
804-916-2704