# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 2, 2023

_____

COPY FOLLOW-UP NOTICE

_____

No.   23-1078 (L),    <u>B.P.J. v. West Virginia State Board of Education</u>
2:21-cv-00316

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 08/07/2023**

Counsel must file the copies indicated below by the due date shown. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| CORRECTED Amicus Brief of Defense of Freedom Institute (docket entry 106) | 4 | Defense of Freedom Institute |

/s/ PATRICIA S. CONNOR, CLERK